1084 ▮▮▮▮▮▮▮

[Nos. 16996-1-III; 17954-1-III.   Division Three.   November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ARTHUR
OTTO, *Appellant*.

*In the Matter of the Personal Restraint of* SCOTT A.
OTTO, *Petitioner.*

Appeal from a judgment of the Superior Court for Asotin
County, No. 97-1-00011-6, John M. Lyden, J., entered
October 6, 1997, together with a petition for relief from
personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Sweeney, J., concurred
in by Kurtz, A.C.J., and Brown, J.

[No. 22346-5-II.   Division Two.   November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ARTHUR
MURRAY JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-00115-5, Rudolph J. Tollefson, J., entered
August 7, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by
Morgan and Houghton, JJ.

[Nos. 22704-5-II; 24748-8-II.   Division Two.   November 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE PAUL
MARQUEZ, *Appellant*.

*In the Matter of the Personal Restraint of* EUGENE P.
MARQUEZ, *Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-00399-4, Don L. McCulloch, J., entered
November 25, 1997, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Houghton, J., concurred in by
Morgan and Seinfeld, JJ.